IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No.: 1:22-cr-177 |
| Dustin Eugene Sheehan, | ) | |
| | ) | |
| Defendant. | ) | |

On September 22, 2022, defendant made his initial appearance in the above-entitled action and was arraigned. AUSA Jeremy Ensrud appeared on behalf of the United States. Attorney Ashley Flagstad appeared on defendant's behalf.

Prior to his initial appearance, defendant was at the Ward County Jail in the custody of the North Dakota Department of Corrections and Rehabilitation. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the State of North Dakota. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), defendant's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

At his initial appearance and arraignment, defendant was advised of his rights under the IADA to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to remain in the custody of the State of North Dakota (the "sending state" under the IADA) at the Ward County Jail pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

1

The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel.  Accordingly, the court **ORDERS** that defendant be returned to and housed in the "sending state" under the IADA pending further proceedings or until further order of the court.  Further, pursuant to defendant's waiver, the return of the defendant to his place of incarceration pending trial shall not be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 22nd day of September, 2022.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court