# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| vs. | ) | |
| | ) | |
| Dustin Eugene Sheehan, | ) | Case No. 1:22-cr-177 |
| | ) | |
| Defendant. | ) | |

Defendant is presently in the custody of the North Dakota Department of Corrections and Rehabilitation at the North Dakota State Penitentiary in Bismarck, North Dakota.  His appearance is necessary at the Federal Courthouse in Bismarck, North Dakota (Courtroom #2) on October 24, 2022, at 10:00 AM for the purpose of a hearing on a motion to withdraw filed by defense counsel in the above-captioned action.

The court, on its own motion, shall issue a writ of habeas corpus ad prosequendum for defendant.  Accordingly, the above-named custodian (North Dakota State Penitentiary), as well as the United States Marshal for this District, or any other duly-sworn federal office and agent, are **ORDERED** to produce defendant for the hearing on October 24, 2022, at 10:00 AM at the Federal Courthouse (Courtroom #2).  Following the hearing, defendant shall be returned to the original custodian (North Dakota State Penitentiary).

**IT IS SO ORDERED.**

Dated this 17th day of October, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court